**Opinion issued May 18, 2017**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00926-CV

————————————

**SOUTHEAST TEXAS CONCRETE AND CONSTRUCTION SERVICES, LLC, Appellant**

**V.**

**HTC CONCRETE, LLC, Appellee**

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-47665**

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal, and request that all costs be assessed against the party incurring the same. *See* TEX. R. APP. P. 42.1(a)(1), (d). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal, with costs to be taxed against the party who incurred the same. *See* TEX. R. APP. P. 42.1(a)(1), (d), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Huddle.